```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 16123
   DOREEN A BENNETT
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

          Debtor
   SSN XXX-XX-5512


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/23/2004 and was confirmed 07/08/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  83.00%.

     The case was paid in full 01/28/2009.
-------------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID           PAID
-------------------------------------------------------------------------------
FORD MOTOR CREDIT          SECURED             8310.00         592.91         8310.00
FORD MOTOR CREDIT          UNSECURED         NOT FILED            .00             .00
WASHINGTON MUTUAL          CURRENT MORTG          .00             .00             .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED            .00             .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY       NOT FILED            .00             .00
AT & T BANKRUPCTY          UNSECURED         NOT FILED            .00             .00
CAPITAL ONE BANK           SPECIAL CLASS      1215.90            .00         1215.90
CAPITAL ONE BANK           UNSECURED           949.60            .00          788.17
CERTEGY                    UNSECURED         NOT FILED            .00             .00
CHICAGO METROPOLITAN ASS   UNSECURED         NOT FILED            .00             .00
CITY OF CHICAGO PARKING    UNSECURED           284.00            .00          235.72
ARNOLD SCOTT HARRIS        NOTICE ONLY       NOT FILED            .00             .00
COMCAST                    UNSECURED         NOT FILED            .00             .00
COLLECTION BUREAU OF AME   NOTICE ONLY       NOT FILED            .00             .00
CROWN EMERGENCY PHYSICIA   UNSECURED         NOT FILED            .00             .00
MEDCLR INC                 NOTICE ONLY       NOT FILED            .00             .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY       NOT FILED            .00             .00
DISH NETWORK               UNSECURED         NOT FILED            .00             .00
AFNI                       NOTICE ONLY       NOT FILED            .00             .00
CBE GROUP INC              NOTICE ONLY       NOT FILED            .00             .00
HOMEWOOD PEDIATRIC GROUP   UNSECURED         NOT FILED            .00             .00
MEDICAL COLLECTIONS SYST   NOTICE ONLY       NOT FILED            .00             .00
JAY CL PAIK MD             UNSECURED         NOT FILED            .00             .00
JAY CL PAIK MD             UNSECURED         NOT FILED            .00             .00
THE CREDIT STORE           UNSECURED         NOT FILED            .00             .00
GAS LINE COMFORT GUARD     UNSECURED         NOT FILED            .00             .00
ERS                        NOTICE ONLY       NOT FILED            .00             .00
GOVERNERS STATE UNIVERSI   UNSECURED           773.00            .00          641.59
GROLIER BOOKS              UNSECURED         NOT FILED            .00             .00
PUBLISHERS CLEARING HOUS   NOTICE ONLY       NOT FILED            .00             .00
IL IN EM-1 MED SER         UNSECURED         NOT FILED            .00             .00
MEDCLR INC                 NOTICE ONLY       NOT FILED            .00             .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 16123 DOREEN A BENNETT
```

```
MCI TELECOMMUNICATIONS    UNSECURED      NOT FILED            .00              .00
CBC NATIONAL COLLECTION   NOTICE ONLY    NOT FILED            .00              .00
METROPLEX EMERGENCY PHYS  UNSECURED      NOT FILED            .00              .00
GULF COAST COLLECTIONS I  NOTICE ONLY    NOT FILED            .00              .00
MINIMALLY INVASIVE SPINE  UNSECURED      NOT FILED            .00              .00
CUSTOMER CARE CENTER      UNSECURED      NOT FILED            .00              .00
NICOR GAS                 UNSECURED         766.40            .00           636.11
ROAMANS                   UNSECURED      NOT FILED            .00              .00
ROAMANS                   UNSECURED      NOT FILED            .00              .00
SOUND & SPIRIT            UNSECURED      NOT FILED            .00              .00
DYMACOL                   NOTICE ONLY    NOT FILED            .00              .00
ST JAMES HOSPITAL & HEAL  UNSECURED      NOT FILED            .00              .00
MUTUAL HOSPITAL SVC INC   NOTICE ONLY    NOT FILED            .00              .00
ST JAMES HOSPITAL & HEAL  UNSECURED      NOT FILED            .00              .00
KCA FINANCIAL SERVICES    NOTICE ONLY    NOT FILED            .00              .00
MUTUAL HOSPITAL SVC INC   NOTICE ONLY    NOT FILED            .00              .00
ST JAMES HOSPITAL & HEAL  UNSECURED      NOT FILED            .00              .00
MUTUAL HOSPITAL SVC INC   NOTICE ONLY    NOT FILED            .00              .00
ST JAMES HOSPITAL & HEAL  UNSECURED      NOT FILED            .00              .00
ALVERNO RECEIVABLES       NOTICE ONLY    NOT FILED            .00              .00
ST MARGARET MERCY HOSPIT  UNSECURED      NOT FILED            .00              .00
ST MARGARET ACUTE CARE    UNSECURED         408.50            .00           339.06
ACCOUNT MANAGEMENT SERVI  NOTICE ONLY    NOT FILED            .00              .00
T-MOBILE BANKRUPTCY       UNSECURED        1726.29            .00          1432.82
DIAL AMERICA MARKETING I  UNSECURED      NOT FILED            .00              .00
TOYOTA MOTOR CREDIT CO    UNSECURED        2111.98            .00          1752.94
US ATTORNEY               NOTICE ONLY    NOT FILED            .00              .00
U S DEPT OF EDUCATION     UNSECURED            .00            .00              .00
VALUE CITY FURNITURE      UNSECURED      NOT FILED            .00              .00
EQUIFAX CHECK SERVICES    NOTICE ONLY    NOT FILED            .00              .00
CAPITAL ONE BANK          NOTICE ONLY    NOT FILED            .00              .00
STUART B HANDELMAN        DEBTOR ATTY      1,200.00                       1,200.00
TOM VAUGHN                TRUSTEE                                           972.39
DEBTOR REFUND             REFUND                                                .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                   18,117.61

PRIORITY                                              .00
SECURED                                          8,310.00
    INTEREST                                       592.91
UNSECURED                                        7,042.31
ADMINISTRATIVE                                   1,200.00
TRUSTEE COMPENSATION                               972.39
DEBTOR REFUND                                          .00
                          ---------------      ---------------

           PAGE  2 - CONTINUED ON NEXT PAGE
     CASE NO. 04 B 16123 DOREEN A BENNETT
```

```
TOTALS                              18,117.61           18,117.61
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                /s/ Tom Vaughn
Dated: 03/10/09                 _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE
```